MAY 6 '25 PM 12:47
RCV'D - USDC FLO SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Heather Sanford,
Stephen Sanford

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sumter School District, Jeannine Pressley, Thomas Swearingen, Dr. William Wright Jr.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:25-cv-03807-SAL-SVH
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Heather Sanford, Stephen Sanford
Street Address: 206 Crescent Ave
City and County: Sumter, SC 29150
State and Zip Code: SC, 29150
Telephone Number: 508-963-4852; 774-289-7520

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Sumter School District
Job or Title (if known):
Street Address: 1345 Wilson Hall Rd
City and County: Sumter, Sumter County
State and Zip Code: SC, 29150
Telephone Number: 803-469-3769

Defendant No. 2
Name: Jeannine Pressley
Job or Title (if known): Principal at Alice Drive Middle
Street Address: 1215 Winyah St
City and County: Sumter, Sumter County
State and Zip Code: SC 29150
Telephone Number:

Defendant No. 3
Name: Thomas Swearingen

2

|   |   |
|---|---|
| Job or Title (if known) | Assistant Principle at Alice Drive |
| Street Address | 1031 Beckridge Dr |
| City and County | Sumter, Sumter County |
| State and Zip Code | SC, 29154 |
| Telephone Number |   |

Defendant No. 4

|   |   |
|---|---|
| Name | Dr. William Wright, Jr |
| Job or Title (if known) | Superintendent for Sumter School |
| Street Address | 1345 Wilson Hall Rd |
| City and County | Sumter, Sumter County |
| State and Zip Code | SC, 29150 |
| Telephone Number | 803-469-3769 |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

   A.    **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

   IDEA, Constitutional Claim under Section 1983
   IDEA: Chapter 33, Subchapter II 1416, 1417, 1418;
   FERPA Claims as well, Section 504 of the
   Rehabilitation Act of 1973.

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

  1.  The Plaintiff(s)

      a.  If the plaintiff is an individual

          The plaintiff, (name) Heather Sanford, is a citizen of the State of (name) South Carolina.

      b.  If the plaintiff is a corporation

          The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2.  The Defendant(s)

      a.  If the defendant is an individual

          The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

      b.  If the defendant is a corporation

          The defendant, (name) Sumter School District, is incorporated under the laws of the State of (name) South Carolina, and has its principal place of business in the State of (name) South Carolina. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Stephen Sanford, is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Jermine Pressley, is a citizen of the State of *(name)* South Carolina. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Thomas Sweanhgen, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* Dr. William Wright Jr, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

We claim $300,000 at stake for compensation

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Sumter School District, including Dr. Wright and Ms. Pressley, have allowed Mr. Sweanngen to harass, bully, discriminate and retaliate against a minor child, who is a student of theirs at Alice Drive Middle School. Medical Neglect.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We seek $300,000 in damages. For medical neglect, the abuse endured has impacted his mental health. His diabetes went unmanaged creating problems with his body.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __5/5__, 20__25__

Signature of Plaintiff     _h. Sanford_
Printed Name of Plaintiff  _Heather Sanford_

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/5, 2025

Signature of Plaintiff    Stephen Sanford
Printed Name of Plaintiff  Stephen Sanford

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____

6